**Order entered March 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00965-CR

**ANTWAUNN DISMUKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-51584-U**

## ORDER

On February 14, 2014, we ordered court reporter Peri Wood to file, within fifteen days, a supplemental record containing State's Exhibit nos. 1 and 2, DVDs. To date, Ms. Wood has neither filed the exhibits nor communicated with the Court regarding the status of the exhibits.

Accordingly, e **ORDER** court reporter Peri K. Wood to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 1 and 2, DVDs. If the supplemental record containing the exhibits is not filed within the time specified, the Court will utilize the available remedies to obtain the exhibits, including ordering that Peri Wood not sit as a court reporter until she files the exhibits in this case.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; Peri K. Wood, official court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/    DAVID EVANS
       JUSTICE